UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Dental Supplies Antitrust Litigation*, <br><br> This Document Relates To: <br><br> ALL CASES | Case No. 1:16-cv-696-BMC-GRB <br><br> **MOTION TO WITHDRAW** <br> **AS ATTORNEY** |

      PLEASE TAKE NOTICE THAT pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the attached declaration, Taylor Asen, one attorney for plaintiff Indianola Family Dentistry, P.L.C. in the above-captioned action, hereby moves for leave to withdraw as counsel. Plaintiff will continue to be represented by Cuneo Gilbert & LaDuca, LLP, including by Jonathan W. Cuneo and Benjamin D. Elga.

Date: May 16, 2016

CUNEO GILBERT & LADUCA, LLP

By: */s/ Taylor Asen*

Taylor Asen
16 Court Street, Suite 1012
Brooklyn, NY 11241
Telephone: (202) 789-3960
Facsimile: (202) 589-1813
tasen@cuneolaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re In re *Dental Supplies Antitrust Litigation*,<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 1:16-cv-696-BMC-GRB<br><br>**DECLARATION OF TAYLOR ASEN IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY** |

Pursuant to 28 U.S.C. § 1746, Taylor Asen, an attorney admitted to practice in New York, declares under penalty of perjury that the following is true and correct:

1. I am associated with the firm Cuneo Gilbert & LaDuca, LLP and am one of the attorneys representing Indianola Family Dentistry, P.L.C. in the above-captioned action. I submit this Declaration in support of my motion to withdraw as counsel.

2. On May 20, 2016, I will end my employment with Cuneo Gilbert & LaDuca, LLP.

3. Plaintiffs will continue to be represented by the attorneys from Cuneo Gilbert & LaDuca, LLP and other firms who have appeared in this Court.

4. My withdrawal will not interfere with or require the extension of any deadlines set by the Court.

5. The foregoing is true and correct to the best of my knowledge.


Dated: May 16, 2016              */s/ Taylor Asen*
                                                Taylor Asen