# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re DENTAL SUPPLIES ANTITRUST LITIGATION | : |
|  | : |
|  | :   16-cv-00696-BMC-GRB |
|  | : |
|  | :   **ALL CASES** |
|  | : |
|  | :   **NOTICE OF CHANGE OF ADDRESS** |
|  | : |
|  | : |
|  | : |
|  | : |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that counsel for Plaintiffs at Ahdoot & Wolfson, PC has a change of business address and requests that the Court and counsel amend their records to reflect such change. Counsel's old business address was as follows:

> 1016 Palm Avenue
> West Hollywood, CA 90069

Counsel respectfully requests that all orders, notices, pleadings, letters, and all other communications to Ahdoot &Wolfson, PC shall be addressed to the new business address as follows:

> 10728 Lindbrook Drive
> Los Angeles, CA 90024

Dated: October 26, 2017                    Respectfully submitted,

/s/ *Tina Wolfson*
Tina Wolfson
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive,
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585
Email: twolfson@ahdootwolfson.com

*Counsel for Plaintiff*
*Rittenhouse Smiles, P.C.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 26, 2017, I caused a true and correct copy of the above NOTICE OF CHANGE OF ADDRESS to be delivered via the Court's CM/ECF system to all counsel of record.

Dated: October 26, 2017
_/s/ Tina Wolfson_____
Tina Wolfson