# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: DENTAL SUPPLIES ANTITRUST LITIGATION,<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 1:16-cv-696-BMC-GRB<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

PLEASE TAKE NOTICE THAT pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the attached declaration, Darren T. Kaplan, an attorney for plaintiff Dr. Joseph Styger, DDS in the above-captioned action, hereby moves for leave to withdraw as counsel. Plaintiff will continue to be represented by Stueve Siegel Hanson, LLP, including by Jason S. Hartley and Sean Cooper.

Date: January 8, 2018

**STUEVE SIEGEL HANSON LLP**

By:  */s/ Darren T. Kaplan (DK 8190)*

Darren T. Kaplan
1359 Broadway, Suite 2001
New York, NY 10018
Tel: (212) 999-7370
Fax: (646) 390-7410
Kaplan@stuevesiegel.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: DENTAL SUPPLIES ANTITRUST LITIGATION,<br><br>This Document Relates To:<br><br>ALL CASES | Case No. 1:16-cv-696-BMC-GRB<br><br>**DECLARATION OF DARREN T. KAPLAN IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY** |

Pursuant to 28 U.S.C. § 1746, Darren T. Kaplan, an attorney admitted to practice in New York, declares under penalty of perjury that the following is true and correct:

1. I am Of Counsel to the firm of Stueve Siegel Hanson LLP and am one of the attorneys representing plaintiff Dr. Joseph Styger, DDS in the above-captioned action. I submit this Declaration in support of my motion to withdraw as attorney.

2. On January 12, 2018, I will end my formal Of Counsel relationship with Stueve Siegel Hanson LLP.

3. Plaintiff will continue to be represented by the attorneys from Stueve Siegel Hanson LLP and other firms who have appeared in this Court.

4. My withdrawal will not interfere with or require the extension of any deadlines set by the Court.

5. The foregoing is true and correct to the best of my knowledge.

Dated: January 8, 2018                    */s/ Darren T. Kaplan (DK 8190)*
                                              Darren T. Kaplan

2

**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of January 2018, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the Eastern District of New York's Local Rules, and/or the Eastern District of New York's Rules on Electronic Service through filing by the ECF system, which will send notification of the filing to the attorneys on that system.

*/s/Darren T. Kaplan (DK 8190)*